```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JOEL AUSTIN,                        :
                                    :
        Petitioner.                 :
                                    :        16-cv-4446(JSR)(SN)
                                    :
        -v-                         :
                                    :           ORDER
                                    :
UNITED STATES OF AMERICA,           :
                                    :
        Respondent.                 :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

The opinion in <u>United States of America v. Joel Austin</u>, 06-cr-991(JSR), ECF No. 101, also disposes of this case. The Clerk of Court is hereby directed to close the case.

SO ORDERED.

Dated:
    New York, NY
    September 15, 2021

                                                                  JED S. RAKOFF, U.S.D.J.